UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Bob Oliver Black, | Civil No. 23-3163 (PJS/LIB) |
| Plaintiff, | |
| vs. | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| HRA of Duluth, MN, | |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The present action is **DISMISSED without prejudice** based on a lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: 12/29/23                                       s/Patrick J. Schiltz_____
At Minneapolis, Minnesota                     Patrick J. Schiltz, Chief Judge
                                                              United States District Court